

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2022

No. 04-22-00477-CR

**EX PARTE** Ricardo Guevara **AGUIRRE**

From the County Court, Kinney County, Texas
Trial Court No. 10426CR
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant Ricardo Guevara Aguirre seeks to appeal the trial court's denial of his application for writ of habeas corpus. The clerk's record does not contain the required trial court certification of appellant's right of appeal concerning the order denying habeas relief, which is the order appellant seeks to appeal here. *See* TEX. R. APP. P. 25.2(a)(2) (requiring trial court to enter certification of defendant's right of appeal "each time it enters a judgment of guilt *or other appealable order*") (emphasis added), (d) (requiring record to include trial court's certification). Accordingly, we ORDER the trial court on or before **August 22, 2022** to sign a certification of appellant's right of appeal from the order denying habeas corpus relief as required by Texas Rule of Appellate Procedure 25.2(a)(2). *See* TEX. R. APP. P. 25.2(a)(2), 44.4. We further ORDER the trial court clerk file a supplemental clerk's record containing the trial court's certification with this court no later than **September 1, 2022**. *See* TEX. R. APP. P. 34.5(c)(2).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2022.

_____
Michael A. Cruz,
Clerk of Court